AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

REO BOREN,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER: **3:08-cv-0006-ECR-RAM**

K. KING, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.


  May 21, 2008                                        **LANCE S. WILSON**
                                                               Clerk


                                                                /s/ Kalani Lizares
                                                                  Deputy Clerk